UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                 CASE NO.   04-15204-BKC-RAM
GUILLERMO ANTONIO BERGEZ
MARTA CARIDAD BERGEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   17.19   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $   .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____NOV 12 2009_____                      _____
                                                                         NANCY N. HERKERT
                                                                          CHAPTER 13 TRUSTEE

Copies to:

GUILLERMO ANTONIO BERGEZ
MARTA CARIDAD BERGEZ
242 ROSEDALE DRIVE
MIAMI SPRINGS, FL 33166

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                               CASE NO.   04-15204-BKC-RAM
GUILLERMO ANTONIO BERGEZ
MARTA CARIDAD BERGEZ

                                     CHAPTER 13


GUILLERMO ANTONIO BERGEZ
MARTA CARIDAD BERGEZ
242 ROSEDALE DRIVE
MIAMI SPRINGS, FL 33166


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CHEVRON CREDIT BANK, N.A.       ---------$           17.19
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010                    UNDELIVERABLE/STALE
                                          CLAIM REGISTER# ____

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130